[No. 11774-2-I. Division One. August 10, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JANINE M. SHEPHERD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-8-00502-1, Gary M. Little, J., entered April

30, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Callow and Scholfield, JJ.